# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LISA BOWERS,
ROBERT BOWERS,

                      Plaintiffs,

-vs-                                            Case No. 6:03-cv-985-Orl-18JGG

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., d/b/a Universal Studios,
Florida,

                      Defendant.
_____/

## ORDER

On April 7, 2005, the Defendant, Universal City Development Partners, Ltd. ("Universal City"), filed its bill of costs in the amount of $57,773.16. Docket No. 152. On April 11, 2005, the Plaintiffs, Lisa and Robert Bowers, objected to the bill of costs on various grounds, including their assertion that some of the categories of costs sought by Universal City are not recoverable in federal court. Docket No. 153. Universal City responded that such costs were recoverable pursuant to Fla. Stat. § 768.79 — the state offer of judgment statute. Docket No. 157. Because this alleged statutory basis was not clear from the bill of costs filed by Universal City, the Court will permit the Plaintiffs to file and serve a reply memorandum addressing this issue, not to exceed 10 pages in length, on or before May 26, 2005.

In addition, Universal City's motion for attorney's fees and costs, Docket No. 150, is accompanied by a summary of the attorney and paralegal time for which an award is sought. However, Universal City has not provided a detailed accounting of these amounts, such as time sheets

or billing records. Without this information, opposing counsel and this Court cannot perform a meaningful review of the amounts sought prior to the June 2, 2005 hearing. It is therefore

**ORDERED** that, on or before May 26, 2005, Universal City Development Partners, Ltd. shall file and serve the time sheets, billing records, or other financial information which supports its claim to an attorney's fee award from the Plaintiffs. Any records upon which Universal City intends to rely at the hearing must be produced by the May 26, 2005 deadline.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2005.

James G. Glazebrook
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties