UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA BOWERS and ROBERT BOWERS,

Plaintiffs,

-vs-   Case No. 6:03-cv-985-Orl-18JGG

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., d/b/a UNIVERSAL
STUDIOS FLORIDA,

Defendant.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motions:

| MOTION: | DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS (Docket No. 150) |
|---|---|
| FILED: | April 7, 2005 |
| THEREON it is **RECOMMENDED** that the motion be **DENIED** without prejudice. | |

*So ordered
6 June 05*